In re Sunlake Apartment Resid.; Balias, Keith; Barber, Mary; Barrett, Pamela L.; Tuckson, Joseph; Odom, Tom; Bostick, Brian, Mr. & Mrs.; Brooks, Clarence; Cross, Brian W.; Swain, Kimberly A.; Crowder, Charles W., Ill; Eiermann, Troy A.; Frey, Steven J., Mr. & Mrs.; Ledgard, Daniel H.; Hamlin, Andrew L.; Hamlin, Lauren; Hamlin, Suzanne M.; Means, Lauren LoBue; Means, Patrick Sean; Michael-sen, Brian; Motto, Jeffrey J.; Olivier, Mark T.; Ozenovich, Steve; Salito, Ray; Sbisa, Lisa; Surcouf, Elizabeth; — Plaintiffs); applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, Nos. 91-CA-0445, 91-CA-0446, 91-CA-0447, 91-CA-0448; Parish of Jefferson, 24th Judicial District Court, Div. “N”, Nos. 318-203, 333-690.
Denied.